Jay THOMAS, Plaintiff–Appellant,

v.

U.S. DEPARTMENT OF EDUCATION, Defendant–Appellee.

No. 13–1911.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 25, 2013.

Jay Thomas, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Thomas appeals the district court's order dismissing without prejudice his complaint against the Department of Education. We have reviewed the record and find no reversible error. Accordingly, we deny Thomas' motion for jurisdiction and affirm for the reasons stated by the district court. *Thomas v. U.S. Dep't of Educ.,* No. 8:13–cv–01375–DKC (D. Md. June 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*AFFIRMED.*